UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>F. RODRIGUEZ, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-2556 DB P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his right to free exercise of religion and to be free from cruel and unusual punishment.

   Presently before the court is defendants' motion to opt out of the post-screening ADR (Alternative Dispute Resolution) project. (ECF No. 30.) Counsel for defendants states that after a telephonic conversation with plaintiff she has determined that a settlement conference would not be beneficial at this time. (ECF No. 30-1 at 1; ECF No. 30-2 at 2.) Upon review, the court finds good cause to grant the motion to opt out.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 30) is granted;

2. The stay in this action is lifted; and

3. By separate order, the court will set a schedule for this case.

Dated: January 3, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/R/brow2556.opt.out